OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.35⁰
02 1W
0001401603 SEP 30 2015

9/24/2015
FEIST, HERBERT          Tr. Ct. No. 36429, 36678          WR-12,375-25
On this day, the original application for writ of mandamus has been received and presented to the Court.

Abel Acosta, Clerk

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY
# 18805
P. O. BOX 26007                    U TF
BEAUMONT, TX  77720

